IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| | ) ORDER GRANTING |
| *v.* | ) PUEBLO OF SANTA CLARA'S |
| | ) UNOPPOSED MOTION FOR |
| CITY OF ESPAÑOLA | ) LEAVE TO INTERVENE |
| | ) |
| *Defendant.* | ) Case No. 16-cv-00391-KBM-LAM |
| | ) |

THIS MATTER having come before the Court on the Pueblo of Santa Clara's Unopposed Motion for Leave to Intervene as a Plaintiff-Intervenor in the above-captioned action, and the Court having reviewed the submissions and arguments of the parties and being fully informed,

FINDS that, for the reasons stated in the Pueblo of Santa Clara's unopposed motion and accompanying memorandum of law, the Pueblo of Santa Clara has shown that it is entitled to intervention as of right under Fed. R. Civ. P. 24(a)(2), and, in the alternative, is entitled to permissive intervention under Fed. R. Civ. P. 24(b)(1)(B); and it is therefore,

ORDERED, that the Pueblo of Santa Clara is permitted to intervene in this action as a Plaintiff-Intervenor and is allowed to file its Proposed Complaint in Intervention for Trespass.

1

IT IS SO ORDERED.

This 3rd day of the month of June, 2016.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE

Submitted by:

/s/ Richard W. Hughes
Richard W. Hughes
Donna M. Connolly
Reed C. Bienvenu
*Counsel for the Proposed Plaintiff-Intervenor Pueblo of Santa Clara*

Approved by:

Per electronic authorization 6/1/16
Howard R. Thomas
Samuel D Gollis
*Counsel for Plaintiff United States of America*

Per telephonic authorization 6/3/16
Gerald A. Coppler
*Counsel for Defendant City of Española*