IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff/Counterdefendant, ) | |
| ) | |
| PUEBLO OF SANTA CLARA, ) | |
| ) | |
|    Plaintiff-Intervenor/Counterdefendant ) | |
| ) | |
| v. ) | 16-cv-00391-JCH-LAM |
| ) | |
| CITY OF ESPAÑOLA, ) | |
| ) | |
|    Defendant/Counterclaimant. ) | |
| _____) | |

**JOINT MOTION TO STAY LITIGATION**

    All parties- the United States of America, the Pueblo of Santa Clara and the City of Española- respectfully request that the Court stay the litigation of this case, including all deadlines, so that the case can be referred to Court-annexed settlement negotiations, stating as grounds:

    1.    The parties have a good-faith interest in and mutual desire to settle this case, and mutually believe that the time and resources of the Court and all parties will most productively be utilized to resolve issues presented by this case and potentially related issues as well;

    2.    The parties agree that settlement is feasible through a Court-annexed settlement process;

    3.    The parties will be prepared to suggest and agree upon one or more United States District Judge(s) or United States Magistrate Judge(s) of the District of New Mexico to preside over and facilitate settlement discussions in this case;

1

4. Because the parties have demonstrated a good faith interest in exploring settlement and this Court possesses the inherent authority to issue a stay as a means of controlling its docket and promoting efficient use of judicial resources, *Landis v. North American Co.*, 299 U.S. 248, 254- 55 (1936), entry of a stay under the circumstances presented is well-taken.

5. Should the parties determine that settlement is not feasible, they will so notify the Court and ask that the stay be dissolved.

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
DAMON P. MARTINEZ
United States Attorney
District of New Mexico

/s/_____
HOWARD R. THOMAS
Assistant United States Attorney
201 3rd Street, N.W., Suite 900
Albuquerque, New Mexico 87102
(505) 224-1508
howard.thomas@usdoj.gov

SAMUEL D. GOLLIS
Trial Attorney, Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
(303) 844-1351
samuel.gollis@usdoj.gov

**OF COUNSEL**:
STEPHANIE P. KIGER
Attorney-Advisor
Office of the Solicitor
Southwest Region
U.S. Department of the Interior
505 Marquette Ave. NW, Suite 1800
Albuquerque, New Mexico 87102

*Counsel for the United States of America*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM, SCHOENBURG & BIENVENU LLP

/s/
RICHARD W. HUGHES
DONNA M. CONNOLLY
REED C. BIENVENU
P.O. Box 8180; 1215 Paseo de Peralta
Santa Fe, New Mexico 87504
(505) 988-8004
rwhughes@rothsteinlaw.com
dconnolly@rothsteinlaw.com
rbienvenu@rothsteinlaw.com

*Attorneys for the Pueblo of Santa Clara*

COPPLER LAW FIRM, P.C.
/s/
GERALD A. COPPLER
645 Don Gaspar Avenue
Santa Fe, New Mexico 87505
(505) 988-5656
gcoppler@coppler.com

*Attorneys for the City of Española*