IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff/Counterdefendant, | ) | |
| PUEBLO OF SANTA CLARA, | ) | |
| Plaintiff-Intervenor/Counterdefendant | ) | |
| v. | ) | 16-cv-00391-JCH-LAM |
| CITY OF ESPAÑOLA, | ) | |
| Defendant/Counterclaimant. | ) | |

ORDER

The Court has considered the parties' joint motion to stay this case for the purpose of conducting Court-annexed settlement discussions [Doc. 20]. The joint motion to stay is GRANTED and it is ORDERED all proceedings and deadlines in this case are stayed until further Order of the Court. The matter will be assigned to a United States District Judge or United States Magistrate Judge of this District to preside over and facilitate settlement negotiations. It is further ORDERED that if the parties determine that settlement is not feasible, they shall notify this Court and ask that the stay be dissolved.

IT IS SO ORDERED.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT JUDGE

Submitted by:
JOHN C. CRUDEN
Assistant Attorney General
DAMON P. MARTINEZ
United States Attorney
District of New Mexico

/s/
HOWARD R. THOMAS
Assistant United States Attorney
201 3rd Street, N.W., Suite 900
Albuquerque, New Mexico 87102
(505) 224-1508
howard.thomas@usdoj.gov

SAMUEL D. GOLLIS
Trial Attorney, Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
(303) 844-1351
samuel.gollis@usdoj.gov

**OF COUNSEL**:
STEPHANIE P. KIGER
Attorney-Advisor
Office of the Solicitor
Southwest Region
U.S. Department of the Interior
505 Marquette Ave. NW, Suite 1800
Albuquerque, New Mexico 87102

*Counsel for the United States of America*

Approved:

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTROM, SCHOENBURG & BIENVENU LLP
/s/  APPROVED VIA EMAIL 08-04-2016
RICHARD W. HUGHES
DONNA M. CONNOLLY
REED C. BIENVENU
P.O. Box 8180; 1215 Paseo de Peralta
Santa Fe, New Mexico 87504
(505) 988-8004
rwhughes@rothsteinlaw.com
dconnolly@rothsteinlaw.com
rbienvenu@rothsteinlaw.com

*Attorneys for the Pueblo of Santa Clara*

1. COPPLER LAW FIRM, P.C.
   <u>/s/   APPROVED VIA EMAIL 08-04-2016</u>
   GERALD A. COPPLER
2. 645 Don Gaspar Avenue
   Santa Fe, New Mexico 87505
3. (505) 988-5656
   <u>gcoppler@coppler.com</u>
4. 
   *Attorneys for the City of Española*
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. 
27. 
28. 

3