# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE KAREN B. MOLZEN

Caption: *United States of America v. City of Espanola,* 16cv0391 JCH/LAM

Date & Time: **Monday, October 17, 2016, at 9:00 a.m. (Cimarron)**

**Appearances for Plaintiffs:**

Samuel Gollis (U.S.)
Howard Thomas (U.S.)
✓ Richard Hughes (Pueblo of Santa Clara)
~~Donna Connolly (Pueblo of Santa Clara)~~
Reed Bienvenu (Pueblo of Santa Clara)

**Appearances for Defendant:**

Gerald Coppler
Tom Logan
Frank Coppler

**Plaintiff In Attendance:**

~~Richard W. Hughes~~
J. Michael Chavarria, Governor Santa Clara Pueblo
Gregory Mehojah, Deputy Regional Director SWRO-BIA

**Others Attending:**

Heidi Topp Brooks
Larry N. Brooks
Duane Price

**Defendants In Attendance:**

Mayor Alice Lucero
City Manager Mark Trujillo
Adrianna Ortiz, Mayor Pro-Tem

Brooks Pearsall Zantow
Brooks Pearsall Zantow LLC

____ Case settled. Per order filed concurrently, closing documents due on _____.

____ Case did not settle.

✓ Settlement efforts to be continued on _into 2017_ at _____.

✓ #560 Cimarron Courtroom & Vista Conf Room; Time in Court= 9:00 am - 1:45 pm (4 hr. 45 min)