IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Counter-Defendant,

PUEBLO OF SANTA CLARA,

    Plaintiff-Intervenor/Counter-Defendant,

v.        CIV No. 16-0391 JCH/LAM

CITY OF ESPAÑOLA, A New Mexico
Municipal Corporation,

    Defendant/Counter-Claimant

and

CITY OF ESPAÑOLA, a New Mexico
Municipal Corporation,

    Third-Party Plaintiff,

v.

ONEBEACON SPECIALTY INSURANCE COMPANY,
ATLANTIC SPECIALTY INSURANCE COMPANY,
and DANIELS INSURANCE AGENCY, INC.,

    Third-Party Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, JULY 11, 2017, at 10:00 a.m.** Counsel shall call my toll-free AT&T conference line at (888) 398-2342, enter access code 9912449, and press "#" to be joined to the proceedings.

                                        _____
                                        Karen B. Molzen
                                        U.S. Chief Magistrate Judge