IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Counter-Defendant,

PUEBLO OF SANTA CLARA,

    Plaintiff-Intervenor/Counter-Defendant

v.

CITY OF ESPANOLA, a New Mexico
Municipal Corporation,

    Defendant/Counter-Claimant

and                                 Cause No.: 1:16-CV-00391 JCH-KRS

CITY OF ESPANOLA, a New Mexico
Municipal Corporation,

    Third-Party Plaintiff,

v.

ONEBEACON SPECIALTY INSURANCE COMPANY,
ATLANTIC SPECIALTY INSURANCE COMPANY,
And DANIELS INSURANCE AGENCY, INC.,

    Third-Party Defendants.

### THIRD PARTY DEFENDANTS ONEBEACON SPECIALITY INSURANCE COMPANY'S and ATLANTIC SPECIALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE

Third Party Defendants OneBeacon Specialty Insurance Company and Atlantic Specialty Insurance Company, by and through their attorneys, Felker, Ish, Ritchie & Geer, P.A. (Carol J. Ritchie and Mark L. Ish), submit the following corporate disclosure pursuant to FRCP 7.1:

Atlantic Specialty Insurance Company is an indirect wholly owned subsidiary of OneBeacon Insurance Group, Ltd. ("OneBeacon"). OneBeacon is a wholly-owned

subsidiary of Intact Financial Corporation, a publicly held company whose stock is traded on the Toronto Stock Exchange.

Respectfully submitted:

*/s/ Carol J. Ritchie*
Carol J. Ritchie
Mark L. Ish
Felker, Ish, Ritchie & Geer P.A.
911 Old Pecos Trail
Santa Fe, NM 87505
(505) 988-4483
cjrish84@hotmail.com
markish@felkerishlaw.com

## Certificated of Service

The undersigned hereby certifies that the foregoing document was filed electronically through the CM/ECF system on October 19, 2017, which caused all counsel of record and parties *pro se* to be served by electronic mail, fax, or USPS, as more fully reflected in the Notice of Electronic Filing.

*/s/ Carol J. Ritchie*
Carol J. Ritchie