IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Counter-Defendant,

PUEBLO OF SANTA CLARA,

    Plaintiff-Intervenor/Counter-Defendant,

v.                                                                   CIV No. 16-0391 SWS/MLC

CITY OF ESPAÑOLA, a New Mexico
Municipal Corporation,

    Defendant/Counter-Claimant

And

CITY OF ESPAÑOLA, a New Mexico
Municipal Corporation,

    Third-Party Plaintiff,

v.

DANIELS INSURANCE AGENCY, INC.,

    Third-Party Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE AND SETTING ALTERNATIVE SETTLEMENT DEADLINES

In light of the COVID-19 pandemic, IT IS HEREBY ORDERED that the Settlement Conference set for THURSDAY, APRIL 16, 2020, at 9:00 a.m. IS HEREBY CANCELLED.

Alternatively, the United States shall provide the Court and the parties, by April 16, 2020, with its reports from Bohannan Huston and Daniel B. Stephen & Associates, and, by June 1, 2020, with its damages report from Brooks Pearsall Zantow LLC, to

initiate settlement discussions. The Parties shall review the reports and engage the United States with any questions and requests for supplemental or clarifying information through counsel for the United States. Any party may request this Court's assistance to facilitate those discussions.

Once the parties are prepared to have substantive settlement negotiations and, assuming it is safe to reconvene in light of COVID-19, the Court will schedule a settlement conference to begin settlement negotiations in this case.

_____
UNITED STATES MAGISTRATE JUDGE